THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-21600

SANDRO RIGO,

    Plaintiff,

v.

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.

_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Defendant, FRANKLIN COLLECTION SERVICE, INC., ("Franklin") by and through its undersigned counsel, submits this Response to the Court's Order to Show Cause [D.E. 10]:

1. On June 20, 2018, the Court issued an Order [D.E. 9] directing the Parties to select a mediator, and select a time, date, and place for mediation within thirty (30) days of said order.

2. Pursuant to Local Rule 16.2(d)(2), "Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record".

3. At no time did the undersigned agree that it would not be Plaintiff's responsibility to coordinate the mediation conference date and location agreeable to the mediator and all counsel of record.

4. Plaintiff's counsel did not provide Defendant with any proposed mediation date(s) and/or location(s).

5. Prior to filing this Response, Defendant sent Plaintiff's counsel an email detailing the above.  *See,* Exhibit "A".  The Defendant anticipates that the parties will shortly either agree

to appoint Mr. Dulberg of Salmon & Dulberg Dispute Resolution as a mediator in this case or request the clerk to appoint a mediator.

6. Further, due to a clerical error in calendaring the deadline, the Defendant mistakenly missed this deadline.

WHEREFORE, the Defendant files this response and respectfully request this Court not enter sanctions against it for its mistake in missing the deadline to select a mediator/mediation.

Respectfully submitted by:

/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
cmchale@gsgfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555